UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LUKE R. GERKIN, JR. (#583904)                     CIVIL ACTION

VERSUS

PAUL TOCE, ET AL.                                 NO. 20-00458-BAJ-RLB

## RULING AND ORDER

On July 27, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 23, "R&R")**, recommending that the above-captioned action be dismissed without prejudice for want of prosecution, due to Plaintiff's failure to inform the Court of his new address following his release from custody. The deadline to object to the R&R is past, with no objection from Plaintiff.

Having carefully considered the matter, and in the absence of any objection, the Court **APPROVES** the R&R's analysis, and **ADOPTS** that analysis as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Judgment shall issue separately.

Baton Rouge, Louisiana, this __16th__ day of August, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA